# Court of Appeals
# of the State of Georgia

ATLANTA,____July 22, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0858. DAVID SHANYFELT v. WELLS FARGO HOME MORTGAGE, INC.

David Shanyfelt filed a complaint and motion for quiet title, injunctive relief, declaratory judgment, and damages, as well as a motion for appointment of a special master pursuant to OCGA § 23-3-63. Shanyfelt specifically alleged that Wells Fargo Home Mortgage, Inc., as successor-in-interest to Wachovia Mortgage Corp., wrongfully foreclosed on 5990 Robbs Drive, Cumming, Georgia, when the security deed at issue shows that the property associated with the deed is 6020 Robbs Drive, Cumming, Georgia. Shanyfelt requested, among other things, a petition to quiet title to 5990 Robbs Drive, a declaratory judgment stating that Wells Fargo had no right to foreclose on the 5990 Robbs Drive property, and injunctive relief setting aside the wrongful foreclosure. The trial court dismissed the complaint for failure to state a claim, and Shanyfelt appealed to this Court. Under Ga. Const. of 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Moreover, on appeal, Shanyfelt specifically raises issues and challenges the trial court's ruling as it relates to his action to quiet title. Cf. *Boyd v. JohnGalt Holdings, LLC*, 290 Ga. 658 (724 SE2d 395) (2012). Additionally, it appears to us that the complaint was properly filed in the county where the disputed land was located. *Graham v. Tallent,* 235 Ga. 47 (218 SE2d 799) (1975); Ga. Const. of 1983, Art. VI, Sec. II, Par. II. Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 07/22/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*